FILED
SCRANTON

JUN 3 0 2014

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

COREY ROBINSON,  :
    Plaintiff,  :    CIVIL ACTION NO. 3:13-CV-1106
v.  :
    :    (Judge Kosik)
UNITED STATES OF AMERICA,  :
    Defendant.  :

## ORDER

AND NOW, THIS 36TH DAY OF JUNE, 2014, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed May 21, 2014 (Doc. 32) is **ADOPTED**;

(2) The Defendant's Motion to Dismiss (Doc. 21) is **GRANTED**;

(3) Plaintiff's Complaint is **DISMISSED without prejudice** to re-file this Complaint if and when Plaintiff fully exhausts his administrative tort claim under the FTCA; and

(4) The Clerk of Court is directed to **CLOSE** this case and to **FORWARD** a copy of this Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge